UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 04-C-549-S |
| | ) | |
| Plaintiff, | ) | (Judge _____) |
| | ) | |
| -v- | ) | |
| | ) | ORDER GRANTING |
| ZIEGLER DAIRY FARMS, INC., a | ) | DEFENDANTS |
| Corporation, and | ) | ZIEGLER DAIRY FARMS, INC., |
| | ) | LEO A. ZIEGLER and |
| LEO A. ZIEGLER and | ) | GREGORY L. ZIEGLER's |
| | ) | UNOPPOSED MOTION TO VACATE |
| GREGORY L. ZIEGLER, individuals | ) | CONSENT DECREE |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on Defendants Ziegler Dairy Farms, Inc, Leo A. Ziegler and Gregory L. Ziegler's Motion to Vacate the Consent Decree for Permanent Injunction entered in this action on August 10, 2004 (the "Consent Decree") (Dkt. 3); and the Court having reviewed the moving papers submitted thereto; and Plaintiff, the United States of America, on behalf of the United States Food and Drug Administration having no opposition to the Motion; and for good cause having been shown, this Court is fully advised of the premises and finds Defendant's Motion well-taken.

**IT IS THEREFORE ORDERED** that Defendant's Motion shall be and hereby is granted in its entirety. The Consent Decree is hereby immediately vacated and shall have no further application against Ziegler Dairy Farms, Inc., Leo A. Ziegler and Gregory L. Ziegler.

So Ordered this  19TH day of  DECEMBER , 2024.

_____
HON. JAMES D. PETERSON , U.S.D.J.

1